DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
SAGE KAVENY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
Aneka Ganzon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00364-KJN |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| ANEKA GANZON, ) | |
| ) | Date: December 13, 2011 |
| Defendant. ) | Time: 2:00 P.M. |
| ) | Judge: Hon. Kendall J. Newman |
| _____ ) | |

The United States Attorney through his respective counsel, Justin Lee, Special Assistant United States Attorney, and Linda Harter, Attorney for Defendant ANEKA GANZON, hereby stipulate to continue the status conference set for Wednesday, November 30, 2011, at 9:00am.

The defendant is charged with 18 U.S.C. § 641 - Theft of Government Property, a Class A Misdemeanor. The government has recommended deferred prosecution in this case, and the defendant has already met with a pretrial services officer.

This continuance is requested because Ms. Ganzon is a student at Mission College in Santa Clara, California, attends classes on Wednesdays, and has two exams scheduled on December 12th. Additionally,

Ms. Ganzon does not have a driver's license and takes public transportation. The earliest train departing from Santa Clara does not arrive in Sacramento until 9:45am. Accordingly, the parties jointly request that a new status conference be set for Tuesday, December 13, 2011, at 2:00pm.

The parties further agree that time should be excluded from the date of this [Proposed] Order until the Status Conference, which is requested for December 13, 2011, pursuant to 18 U.S.C. §§ 3161(h)(2) and (h)(7)(B)(iv), and Local Code I (deferred prosecution) and T4 (reasonable time to prepare). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(2) and (h)(7)(B)(iv).

Dated: November 10, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
ANEKA GANZON

Dated: November 10, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: November 14, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE